Renee Choy Ohlendorf (SBN 263939)
rchoy@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:   415-834-9070

Attorneys for Defendant
I.C. SYSTEM, INC. (erroneously sued herein as IC SYSTEMS, INC.)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSVALDO RIVERA, an individual, and KIMBERLY DEVOY, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>IC SYSTEMS, INC., and DOES 1-50,<br><br>Defendants. | Case No. 3:16-cv-01044-JAH-BGS<br><br>**JOINT MOTION FOR ORDER OF DISMISSAL**<br><br>Complaint Filed:  4/29/16 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Osvaldo Rivera and Kimberly DeVoy, and Defendant I.C. System, Inc. (erroneously sued herein as IC Systems, Inc.), jointly move for the entry of an order of dismissal of this matter, on the merits, with prejudice, with all parties to bear his, her, or its own costs and attorneys' fees.

DATED:  June 7, 2018                              HINSHAW & CULBERTSON LLP

                              By: /s/ *Renee Choy Ohlendorf*
                                  Renee Choy Ohlendorf
                                  Attorneys for Defendant
                                  I.C. SYSTEM, INC. (erroneously sued
                                  herein as IC SYSTEMS, INC.)

DATED:  June 7, 2018     LAW OFFICES OF ANDRE L. VERDUN

/s/ *Andre L. Verdun*
Andre L. Verdun
Attorney for Plaintiffs
OSVALDO RIVERA and
KIMBERLY DEVOY

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Andre Verdun, counsel for Plaintiffs Osvaldo Rivera and Kimberly DeVoy, and that I have obtained Mr. Verdun's authorization to affix his electronic signatures to this document.

DATED:  June 7, 2018     HINSHAW & CULBERTSON LLP

By: /s/ *Renee Choy Ohlendorf*
Renee Choy Ohlendorf
Attorneys for Defendant
I.C. SYSTEM, INC. (erroneously sued herein as IC SYSTEMS, INC.)

# CERTIFICATE OF SERVICE

***Rivera v. IC Systems, Inc., et al.***
SDCA Case No. 3:16-cv-01044-JAH-BGS

I am a citizen of the United States and employed in San Francisco, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is One California Street, 18th Floor, San Francisco, California 94111.

On June 7, 2018, I served the document(s) entitled **JOINT MOTION FOR ORDER OF DISMISSAL**, on the interested parties in this action addressed as stated below:

☐ **(BY MAIL):** I deposited such envelope in the mail at San Francisco, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(VIA OVERNIGHT MAIL):** I deposited such envelope to be placed for collection and handling, via UPS following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence for UPS. On the same day that material is placed for collection, it is picked up by UPS at San Francisco, California.

☐ **(BY ELECTRONIC MAIL):** By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☒ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

**Counsel for Plaintiffs – Osvaldo Rivera and Kimberly DeVoy**
Andre L. Verdun
Crowley Law Group
401 West A Street, #1100
San Diego, CA 92101
Tel: (619) 880-0110
Fax: (866) 786-6993
andre@verdunlaw.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on June 7, 2018, at San Francisco, California.

Juli A. Carter
jcarter@hinshawlaw.com