# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSVALDO RIVERA, an individual, and KIMBERLY DEVOY, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>IC SYSTEMS, INC., and DOES 1-50,<br><br>Defendants. | Case No. 3:16-cv-01044-JAH-BGS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL**<br><br>Complaint Filed: 4/29/16 |

Plaintiffs Osvaldo Rivera and Kimberly DeVoy, and Defendant I.C. System, Inc. (erroneously sued herein as IC Systems, Inc.) have filed a Joint Motion for Order of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Good cause appearing, the parties' joint motion is GRANTED.  The above-referenced matter is hereby dismissed with prejudice, with all parties to bear his, her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  June 14, 2018

_____
Hon. John A. Houston
United States District Judge